# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ALAN DROBNAK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSEN CORPORATION and ANDERSEN WINDOWS, INC.,<br><br>Defendants. | Case No. 07-cv-002249 (PAM/JSM)<br><br><br>**ORDER** |

Upon reviewing defendant Andersen Corporation and Andersen Windows, Inc.'s Application to File Document Conventionally, ECF document 19, and having good cause been shown, this Court GRANTS Defendants' Application.

Defendants may file Exhibits A and B to the Affidavit of Gary Hansen in Support of Motion to Dismiss conventionally.

Dated: August __27__, 2007        s/Paul A. Magnuson_____
                                  The Honorable Paul A. Magnuson
                                  United States District Judge

1